UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Case No.: __21-19734__
DYLAND S. DIGREGORIO    Chapter: __7__
JENNA M. DIGREGORIO    Judge: __JNP__

**NOTICE OF PROPOSED ABANDONMENT**

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse |
| | 401 Market Street |
| | Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __03/15/22__ at __11__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 442 Mellon Avenue |
| | Egg Harbor City, NJ |
| | Value $176,633.00 |

| Liens on property: | Movement Mortgage |
| | $172,241.49.00 |

| Amount of equity claimed as exempt: | $4,000.00 |

Objections must be served on, and requests for additional information directed to:

Name:    Brian S. Thomas, Chapter 7 Trustee
Address:    327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Dylan S. Digregorio  
Jenna M. Digregorio  
    Debtors

Case No. 21-19734-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Feb 09, 2022     Form ID: pdf905     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dylan S. Digregorio, Jenna M. Digregorio, 442 Melon Ave, Egg Harbor City, NJ 08215-4019 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, National Bankruptcy Service Center, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 519464172 | + | Bread, PO BOX 11499, Tampa, FL 33680-1499 |
| 519464173 | | Capital One, PO BOX 9492, Carol Stream, IL 60197 |
| 519464183 | | Kia Motors Fianace, PO Box 660891, Dallas, TX 75266-0891 |
| 519464185 | + | Movement Mortage, PO BOX 100081, Duluth, GA 30096-9377 |
| 519464186 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519464187 | + | Radius Global Solutions LLC, PO BOx 390846, c/o Home Depot, Minneapolis, MN 55439-0846 |
| 519464188 | | State Of New Jersey, PO Box 951, Dept Of Labor And Workforce Development, Trenton, NJ 08625-0951 |
| 519464191 | + | Yamaha Motor Fincance Corp, PO BOX 206536, Dallas, TX 75320-6536 |
| 519464192 | | Zales, Pencarder Corp Center, 110 Lake Drive, Newark, NJ 07104 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519464168 | + | Email/Text: backoffice@affirm.com | Feb 09 2022 20:31:00 | Affirm INC, PO Box 720, San Francisco, CA 94104-0720 |
| 519464169 | | Email/Text: lrichard@bayatlanticfcu.org | Feb 09 2022 20:31:00 | Bay Atlantic FCU, 101 W Elmer Road, Vineland, NJ 08360-6312 |
| 519464174 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2022 20:34:12 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519464175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2022 20:34:19 | Capital One Bank USA NA, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519464177 | | Email/Text: mrdiscen@discover.com | Feb 09 2022 20:30:00 | Discover Fincl Svc Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 519464178 | + | Email/Text: EBNBKNOT@ford.com | Feb 09 2022 20:31:00 | Ford Credit, P.O.Box 542000, Omaha, NE 68154-8000 |
| 519464182 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2022 20:31:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519464187 | + | Email/Text: ngisupport@radiusgs.com | Feb 09 2022 20:31:00 | Radius Global Solutions LLC, PO BOx 390846, c/o Home Depot, Minneapolis, MN 55439-0846 |
| 519464190 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2022 20:45:43 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

| 519464189 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2022 20:45:43 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519464170 | * | Bay Atlantic FCU, 101 W Elmer Road, Vineland, NJ 08360-6312 |
| 519464171 | * | Bay Atlantic FCU, 101 W Elmer Road, Vineland, NJ 08360-6312 |
| 519464176 | *+ | Capital One Bank USA NA, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519464179 | *+ | Ford Credit, P.O.Box 542000, Omaha, NE 68154-8000 |
| 519464180 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519464181 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519464184 | * | Kia Motors Fianace, PO Box 660891, Dallas, TX 75266-0891 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor Movement Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Jenna M. Digregorio mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Dylan S. Digregorio mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7