Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21–19734–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dylan S. Digregorio
442 Melon Ave
Egg Harbor City, NJ 08215

Jenna M. Digregorio
aka Jenna M. Murphy
442 Melon Ave
Egg Harbor City, NJ 08215

Social Security No.:
xxx–xx–0694

xxx–xx–0923

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

442 Mellon Avenue, Egg Harbor City, NJ

Dated: March 10, 2022
JAN: eag

Jeanne Naughton
Clerk