**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dylan S. Digregorio** | Social Security number or ITIN   xxx–xx–0694 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | **Jenna M. Digregorio** | Social Security number or ITIN   xxx–xx–0923 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   21–19734–JNP

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dylan S. Digregorio

Jenna M. Digregorio
aka Jenna M. Murphy

3/25/22

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 21-19734-JNP |
|---|---|
| Dylan S. Digregorio | Chapter 7 |
| Jenna M. Digregorio | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: 318 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dylan S. Digregorio, Jenna M. Digregorio, 442 Melon Ave, Egg Harbor City, NJ 08215-4019 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, National Bankruptcy Service Center, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 519464172 | + | Bread, PO BOX 11499, Tampa, FL 33680-1499 |
| 519464173 | | Capital One, PO BOX 9492, Carol Stream, IL 60197 |
| 519464183 | | Kia Motors Fianace, PO Box 660891, Dallas, TX 75266-0891 |
| 519464185 | + | Movement Mortage, PO BOX 100081, Duluth, GA 30096-9377 |
| 519464186 | | Office Of Attorney General, 25 Market Street, Po Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519464188 | | State Of New Jersey, PO Box 951, Dept Of Labor And Workforce Development, Trenton, NJ 08625-0951 |
| 519464191 | + | Yamaha Motor Fincance Corp, PO BOX 206536, Dallas, TX 75320-6536 |
| 519464192 | | Zales, Pencarder Corp Center, 110 Lake Drive, Newark, NJ 07104 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QBTHOMAS.COM | Mar 26 2022 00:38:00 | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 25 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 25 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519464168 | + | Email/Text: backoffice@affirm.com | Mar 25 2022 20:44:00 | Affirm INC, PO Box 720, San Francisco, CA 94104-0720 |
| 519464169 | | Email/Text: lrichard@bayatlanticfcu.org | Mar 25 2022 20:44:00 | Bay Atlantic FCU, 101 W Elmer Road, Vineland, NJ 08360-6312 |
| 519464174 | + | EDI: CAPITALONE.COM | Mar 26 2022 00:38:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519464175 | + | EDI: CAPITALONE.COM | Mar 26 2022 00:38:00 | Capital One Bank USA NA, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519464177 | | EDI: DISCOVER.COM | Mar 26 2022 00:38:00 | Discover Fincl Svc Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 519464178 | + | EDI: FORD.COM | Mar 26 2022 00:38:00 | Ford Credit, P.O.Box 542000, Omaha, NE 68154-8000 |
| 519464182 | | EDI: IRS.COM | Mar 26 2022 00:38:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519464187 | + | EDI: PINNACLE.COM | Mar 26 2022 00:38:00 | Radius Global Solutions LLC, PO BOx 390846, c/o Home Depot, Minneapolis, MN 55439-0846 |
| 519464190 | + | EDI: CITICORP.COM | Mar 26 2022 00:38:00 | The Home Depot/CBNA, PO Box 6497, Sioux |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Mar 25, 2022 | Form ID: 318 | Total Noticed: 23

Falls, SD 57117-6497

519464189        +  EDI: CITICORP.COM

Mar 26 2022 00:38:00    The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | \*+ | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| 519464170 | \* | Bay Atlantic FCU, 101 W Elmer Road, Vineland, NJ 08360-6312 |
| 519464171 | \* | Bay Atlantic FCU, 101 W Elmer Road, Vineland, NJ 08360-6312 |
| 519464176 | \*+ | Capital One Bank USA NA, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519464179 | \*+ | Ford Credit, P.O.Box 542000, Omaha, NE 68154-8000 |
| 519464180 | \*+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519464181 | \* | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519464184 | \* | Kia Motors Fianace, PO Box 660891, Dallas, TX 75266-0891 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2022            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor Movement Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Jenna M. Digregorio mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Dylan S. Digregorio mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7